IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **KAREN KAY PHILLIPS,** | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  6:23-CV-00293-JDK |
| v. | § § § | |
| **COUNTY OF SMITH, PHILIP GREANEAD, SMITH COUN1Y DETECTIVE; JOHNATHAN PETERS, SMITH COUNTY DEPUTY; RILEY RUGG, SMITH COUNTY DEPUTY; AND \*\*WARNED\*\* LARRY SMITH., SMITH COUNTY SHERIFF;** | § § § § § § § | |
| Defendants. | | |

## ORDER

The court **RESETS** the show cause hearing in this matter for a video hearing on **August 22, 2023 at 10:00 A.M.** before the Honorable John D. Love. The parties are to use the following link to connect to the video status conference:

https://www.zoomgov.com/j/1608601644?pwd=bmQ5cmsxMmZNanlsUnNqbTY2a1ovQT09.

**So ORDERED and SIGNED this 17th day of August, 2023.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1