IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DATE:   August 22, 2023

JUDGE:   JOHN D. LOVE                                                    REPORTER:

LAW CLERK:   Jenna Gillingham                       COURTROOM DEPUTY: Sharon Baum

| **KAREN KAY PHILLIPS**<br><br>**V**<br><br>**COUNTY OF SMITH, ET AL.** | **CASE NO**: 6:23cv293<br><br>**VIDEO SHOW CAUSE HEARING** |
|---|---|

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |
|---|---|
| Karen Phillips/Jason Jacob | Lee Correa |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**   10:02                                                    **ADJOURN:**   10:08

| TIME: | MINUTES: |
|---|---|
| 10:02 | Case called.   The parties announced and they are ready. |
|  | Mr. Jacob makes appearance and comments. |
| 10:05 | Judge advises Mr. Jacob that he needs to file a notice of appearance on the docket. Judge advises an amended complaint needs to be filed and asks how long he needs to accomplish that? |
|  | Mr. Jacobs responds |
|  | Judge gives a deadline of 7 days to file an amended complaint. |
|  |  |
|  |  |
|  |  |