# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| KAREN KAY PHILLIPS, § § § **Plaintiff,** § § **v.** § § COUNTY OF SMITH, PHILIP § GREANEAD, SMITH COUN1Y § DETECTIVE; JOHNATHAN PETERS, § SMITH COUNTY DEPUTY; RILEY § RUGG, SMITH COUNTY DEPUTY; AND LARRY SMITH., SMITH COUNTY SHERIFF; **Defendants.** | CIVIL ACTION NO. 6:23-CV-00293-JDK |

## ORDER

On August 29, 2023, Plaintiff filed an amended complaint (Doc. No. 13) in this matter. Plaintiff's amended complaint is now the live complaint in this action (Doc. No. 13). Accordingly, Defendants' motion to dismiss the original complaint (Doc. No. 4) is **DENIED** as moot. Defendants shall file a responsive pleading to the amended complaint in accordance with the Federal Rules of Civil Procedure.

**So ORDERED and SIGNED this 31st day of August, 2023.**

*John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE